**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Russell W. Rice, Jr., Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-002602

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Greenville County
Robin B. Stilwell, Circuit Court Judge.

---

Opinion No. 2015-MO-069
Heard November 5, 2015 – Filed December 2, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Robert M. Pachak, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Karen C. Ratigan,

and John Walter Whitmire, of McCabe, Trotter & Beverly, P.C., all of Columbia, for Respondent.

---

**PER CURIAM:**   We granted certiorari to review the court of appeals' opinion in *Rice v. State*, Op. No. 2014-UP-361 (S.C. Ct. App. filed Oct. 15, 2014).  We now dismiss the writ of certiorari as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**


**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**